UNITED STATES DISTRICT COURT

MIDDLE DISCRICT OF LOUISIANA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | **MISCELLANEOUS ACTION** |
| **VERSUS** | |
| **THINK FINANCE, INC. AND MOBILOAN, LLC** | **NO.:18-00104-BAJ-EWD** |

### ORDER

Considering MobiLoan, LLC's **Motion to Dismiss Proceedings without Prejudice (Doc. 2)**, which seeks dismissal of MobiLoan's action to quash subpoena,

**IT IS ORDERED** that the motion is **GRANTED** and that the above-captioned action is **DISMISSED WITHOUTH PREJUDICE**.

Baton Rouge, Louisiana, this 9th day of July, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**